### 11409.  Miller v. City of Macon.

Stephens, J.  The answer of the Supreme Court to a certified question propounded by this court in this case is controlling (152 *Ga.* 648, 110 S. E. 873); and the judgment of the lower court must be affirmed.

*Judgment affirmed. Jenkins, P. J., and Hill, J., concur.*

Decided March 20, 1922.

Action for damages; from Bibb superior court — Judge Mathews.  March 2, 1920.

*Hall, Grice & Bloch, M. P. Hall,* for plaintiff.
*R. G. Plunkett, P. F. Brock,* for defendant.